United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-2238

Anthony Q. Harris,           *
                             *
        Appellant,           *
                             *
    v.                       *
                             *
City of Pagedale, a Municipal    *
Corporation; Darlene Crawley,    *
individually, and in her representative  *
capacity as Mayor and Chairperson of  *
the Board of Alderpersons of the City of  *
Pagedale; Pauline Catmet, individually,  *
and in her representative capacity as  *
Assistant Mayor and Alderperson of the  *    Appeal from the United States
Board of Alderpersons of the City of  *    District Court for the
Pagedale; Ronald McGee, individually,  *    Eastern District of Missouri.
and in his representative capacity as  *
Alderperson of the City of Pagedale;  *    [UNPUBLISHED]
Mary Carter, individually, and in her  *
representative capacity as Alderperson  *
of the City of Pagedale; John Wolf,  *
individually, and in his representative  *
capacity as Alderperson of the City of  *
Pagedale; Mary Evans, individually, and  *
in her representative capacity as  *
Alderperson of the City of Pagedale;  *
Rapheal Morris, individually, and in his  *
representative capacity as Alderperson  *
of the City of Pagedale; Jerry Simpson,  *
individually, and in his representative  *
capacity as City Clerk and member of  *

the Police Board of the City of Pagedale; *
Thomas M. Pierce, individually, and in   *
his representative capacity as Acting   *
Chief of the City of Pagedale,          *
                                                 *
            Appellees.            *

_____

Submitted: April 18, 1997
Filed:       May 9, 1997

_____

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Anthony Q. Harris appeals from an order of the District Court[1] granting the motions of the defendants for summary judgment in this 42 U.S.C. § 1983 action. We conclude that on the undisputed facts the District Court correctly held that (1) Harris, who was an at-will employee, had no property interest in continued employment with the City of Pagedale, and therefore had no constitutional right to a pre-termination hearing, and (2) Harris waived any right he may have had to a name-clearing hearing. Because the case does not warrant extended discussion, the judgment of the District Court is affirmed on the basis of that court's thorough and well-reasoned opinion. See 8th Cir. R. 47B.

---

[1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, who presided over the case with the consent of the parties in accordance with 28 U.S.C. § 636(c).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT